IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-01366-AP**

**IN RE: GARY LEE BRYAN**

**GARY LEE BRYAN,**
**JANEL K. BRYAN,**
**AUTO SOURCE, LLC, and**
**BRAD HUNT, as Trustee of the Bryan Family Trust,**

      Defendants/Appellants,

v.

**M. STEPHEN PETERS, Chapter 7 Trustee,**

      Plaintiff/Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Appellee's Motion to Strike Appellant's Opening Brief (doc. #13), filed August 19, 2009, is **DENIED**. Appellant's Opening Brief is accepted as timely filed on August 18, 2009. Appellee's Response Brief is due September 2, 2009; Appellant's Reply Brief is due September 15, 2009.

Dated:  August 19, 2009